```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

DAVID LEE BROWN,                    *

      Plaintiff              *

vs.                                 *
                                       CASE NO. 4:10-CV-01 (CDL)
COLUMBUS POLICE DEPARTMENT,         *

      Defendant              *


ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on January 11, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

     IT IS SO ORDERED, this 19th day of April, 2010.


                                              S/Clay D. Land
                                                 CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE